# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00271-CV

**Bent Sky Investments, LLC, Appellant**

**v.**

**City of Dripping Springs, Appellee**

### FROM THE 22ND DISTRICT COURT OF HAYS COUNTY,
### NO. 22-2549, THE HONORABLE TANNER NEIDHARDT, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Bent Sky Investments, LLC, has filed an unopposed motion stating that the parties have reached an agreement to resolve the matter through settlement, and requesting that this Court abate the appeal for 60 days while the parties finalize the terms of the proposed settlement. We grant the unopposed motion and abate this appeal. On or before September 11, 2023, the parties shall submit either a motion to dismiss, a joint status report concerning the status of settlement negotiations, or a motion to reinstate. This appeal will remain abated until further order from this Court.

It is so ordered on July 14, 2023.

Before Justices Baker, Triana, and Smith

Abated

Filed: July 14, 2023